JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TERYL D. MURPHY,                    ) Case No. EDCV 12-2259-OP
                                    )
                    Plaintiff,      )
                                    ) JUDGMENT
          v.                        )
                                    )
CAROLYN W. COLVIN, Acting           )
Commissioner of Social Security,    )
                                    )
                    Defendant.      )

          Pursuant to the Memorandum Opinion; Order of the United States
Magistrate Judge,

          IT IS ADJUDGED that Judgment be entered affirming the decision of the
Commissioner of Social Security, and dismissing this action with prejudice.


DATED: August 8, 2013
                                    _____
                                    HONORABLE OSWALD PARADA
                                    United States Magistrate Judge