JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERYL D. MURPHY,<br><br>                         Plaintiff,<br><br>               v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>                         Defendant. | ) Case No. EDCV 12-2259-OP<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Memorandum Opinion; Order of the United States Magistrate Judge,

IT IS ADJUDGED that Judgment be entered affirming the decision of the Commissioner of Social Security, and dismissing this action with prejudice.

DATED: August 8, 2013

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge